*Decisions on Petitions for Writs of Certiorari From March 11, 1913, to June 16, 1913.*

No. 726. THE CITY OF CHICAGO, PETITIONER, *v.* WILLIAM MUNROE ET AL., EXECUTORS, ETC., ET AL.  March 17, 1913.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John W. Beckwith* and *Mr. Charles M. Haft* for the petitioner.  No appearance for the respondents.

No. 980. HENRY LAIR, PETITIONER, *v.* THE UNITED STATES.  March 17, 1913.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Marshall B. Woodworth* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 1001. SAN FRANCISCO CHEMICAL COMPANY, PETITIONER, *v.* MORSE S. DUFFIELD ET AL.; and

No. 1002. SAN FRANCISCO CHEMICAL COMPANY, PETITIONER, *v.* MORSE S. DUFFIELD ET AL.  March 17, 1913.  Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. D. Worth Clark, Mr. Aldis B. Browne, Mr. Alexander Britton,* and *Mr. Evans Browne* for the petitioner.  No appearance for the respondents.

No. 1003. CITIZENS WHOLESALE SUPPLY COMPANY, PETITIONER, *v.* D. H. SNYDER ET AL.  March 17, 1913.  Petition for a writ of certiorari to the United States